IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| ANTONIO G. RODRIGUEZ, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. H-04-2065 |
| | § | |
| DOUG DRETKE, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED with prejudice.

SIGNED at Houston, Texas, on this 13th day of September, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge